1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ALEXIS JAMES (NYBN 5603865)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7196
7       Alexis.James@usdoj.gov

8  Attorneys for United States of America

```
FILED

Aug 25 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,              )  CASE NO. 3:25-mj-71026 MAG
                                           )
14            Plaintiff,                   )  NOTICE OF PROCEEDINGS ON OUT-OF-
                                           )  DISTRICT CRIMINAL CHARGES PURSUANT TO
15       v.                                )  RULES 5(c)(2) AND (3) OF THE FEDERAL
                                           )  RULES OF CRIMINAL PROCEDURE
16  HERSHEL ANDREW GREEN III,              )
                                           )
17            Defendant.                   )
    _____)

18

19       Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

20  that on August 24, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy

21  attached) issued upon a Criminal Complaint pending in the District of Columbia, Case Number 1:25-mj-

22  00161 (copy attached).

23       In that case, the defendant is charged with a violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1)

24  (Distribution/Receipt of Child Pornography).

25       The maximum penalties are as follows:

        • Minimum term of imprisonment:          5 years

26      • Maximum term of imprisonment:          20 years

27      • Minimum term of supervised release:    5 years

28

- Maximum term of supervised release:     Life
- Maximum fine:                                          $250,000
- Mandatory $100 special assessment
- Forfeiture

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date:  August 25, 2025                                      _____/s/_____
ALEXIS JAMES
Assistant United States Attorney

# Attachment

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:25-mj-00161 |
| Hershel Andrew Green III | ) Assigned To: Judge Upadhyaya. Moxila A. |
| | ) Assign. Date: 8/22/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                     Hershel Andrew Green III                     ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

 18 U.S.C. §§ 2252(a)(2) and (b)(1) (Distribution/Receipt of Child Pornography).

Date:     08/22/2025

                                                                    *Issuing officer's signature*

City and state:          Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge

                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |

Date: _____

                                                                    *Arresting officer's signature*

                                                                    *Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:25-mj-00161 |
| | ) | Assigned To: Judge Upadhyaya. Moxila A. |
| Hershel Andrew Green III | ) | Assign. Date: 8/22/2025 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 28, 2025_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and (b)(1) (Distribution/Receipt of Child Pornography). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Remy Walsh, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____08/22/2025____          _____
*Judge's signature*

City and state:          Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**HERSHEL ANDREW GREEN, III**<br><br>         *Defendant.* | Case: 1:25-mj-00161<br>Assigned To: Judge Upadhyaya. Moxila A.<br>Assign. Date: 8/22/2025<br>Description: COMPLAINT W/ARREST WARRANT<br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Remy Walsh, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

**INTRODUCTION AND AFFIANT BACKGROUND**

1. I submit this affidavit in support of a criminal complaint charging HERSHEL ANDREW GREEN, III with Distribution and Receipt of Child Pornography, in violation of Title 18 United States Code ("U.S.C.") § 2252(a)(2) and (b)(1).

2. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 U.S.C. § 2516. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since April 2021, and I am currently assigned to the Washington Field Office ("WFO") Child Exploitation and Human Trafficking Task Force ("CEHTTF"). I am a graduate of the FBI

Academy in Quantico, Virginia, where I received extensive training in federal law and various investigative methods.

3.     While employed by FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography, including but not limited to the illegal possession, receipt, distribution, advertisement, and production of material depicting the sexual exploitation of minors.  As a Special Agent with the FBI, I received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, forensic imaging and analyzing digital media, and the application for and execution of search and arrest warrants. I have conducted and assisted in federal child exploitation investigations and participated in the execution of numerous search warrants in support of child exploitation investigations. I have gained experience in these investigations through training, discussions with other law enforcement officers and computer forensic examiners, and everyday work conducting these types of investigations. I have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18 U.S.C. § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM") in many forms of media, including computer media. I also have experience participating in investigations involving the sexual exploitation of children through social media and messaging platforms. Through my training and experience, and conversations with law enforcement personnel and computer forensic examiners, I have also become familiar with certain methods commonly employed by offenders who seek to sexually exploit children online.

4.     Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of

such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

5.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of Title 18 United States Code ("U.S.C.") § 2252(a)(2) and (b)(1) (receipt or distribution of child pornography) (the "TARGET OFFENSE") have been committed by ( "GREEN" or "**SUBJECT 2**") and others known and unknown.

## <u>STATUTORY AUTHORITY AND DEFINITIONS</u>

7.      As noted above, this investigation concerns alleged violations of the following:

  a.      Title 18 U.S.C. § 2252(a)(2) and (b)(1) prohibit any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

8.      The following definitions apply to this Affidavit and Attachment B:

a.      "Child pornography," as defined in Title 18 U.S.C. § 2256(8), is any visual depiction, including any photograph (in whatever form, e.g., digital and printed photographs), film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct or the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

b.      "Child sexual abuse material" or "CSAM," as used herein, has the same meaning as the term "child pornography," defined above.

## PROBABLE CAUSE

### A.  Investigation and Arrest of Subject 1

9.      In July 2025, in search warrant case number 25-sw-185, United States Magistrate Judge Michael G. Harvey of the United States District Court for the District of Columbia issued a warrant authorizing the search of a residence in Washington, DC. The warrant concerned violations of Title 18 United States Code ("U.S.C.") §§ 2252(a)(2) and (b)(1) (receipt or distribution of a visual depiction of a minor engaged in sexually explicit conduct) ("TARGET OFFENSES") committed by the occupant of the residence ("SUBJECT 1"). During the execution of the search warrant, which also authorized the search of digital devices contained within the residence, law enforcement discovered an unlocked laptop computer which contained several conversations between SUBJECT 1 and other individuals regarding the distribution and/or receipt

of child pornography. Some of these conversations utilized the Telegram Messenger application[1] and the Signal Messenger application ("Signal").[2] That same day, SUBJECT 1 was arrested pursuant to an arrest warrant and criminal complaint.

10.    Among other digital devices, SUBJECT 1's cell phone and laptop computer were seized by the FBI, as authorized by the warrant. Through review of the digital devices, which remains ongoing, the FBI identified that SUBJECT 1 was part of a direct message string with a user known on Telegram as "fitddyG" and on Signal as "FitddyG,"[3] later identified as **SUBJECT 2**. As further described below, within the Signal chat, both SUBJECT 1 and **SUBJECT 2**, later identified as **GREEN**, shared CSAM, to include videos of adult males engaged in sexually explicit activity with prepubescent or younger male children. Specifically, using Signal, **SUBJECT 2** received at least 32 videos from SUBJECT 1 and sent at least 7 videos to SUBJECT 1 that depicted CSAM.

B. <u>**Initial Communications Between SUBJECT 1 and SUBJECT 2 on Telegram**</u>

11.    From SUBJECT 1's cell phone, the FBI obtained Telegram messages between SUBJECT 1 and Telegram user "fitddyG," later identified as **SUBJECT 2**. These messages occurred in May 2025 and included, in relevant part:

| Sender | Message | Date and Time |
|---|---|---|
| SUBJECT 1 | I can forward stuff to you on signal if you don't want to join those groups. Like I said, I try not to have any porn sent here. | 5/28/2025 8:38 PM UTC[4] |
| FitddyG | fitddG.42 on signal. | 5/28/2025 8:40 PM UTC[5] |
| SUBJECT 1 | I'll add you soon | 5/28/2025 8:41 PM UTC |

---

[4] Universal Coordinated Time (UTC), also known as Zulu Time Zone (Z), is four hours ahead of Eastern Daylight Time (EDT).

12.     Later in the conversation, **SUBJECT 2** responded to a statement made by SUBJECT 1 as follows:

| Sender | Message | Date and Time |
|---|---|---|
| SUBJECT 1 | And interests evolve over time. I never thought I would like girls. Then in thought I would never like animals. And I thought boys with pubes were boring. | 5/28/2025 8:40 PM UTC |
| FitddyG | Ha ha yeah same, seeing that little pussy getting grinded on and penetrated and then this one like Scandinavian or German girl tied up giggling and begging for it changed that. Lol | 5/28/2025 8:43 PM UTC |
| SUBJECT 1 | lol. I how twisted you are. I thought we would have to start slowly. | 5/28/2025 8:45 PM UTC |
| SUBJECT 1 | I was wrong. Hahaha | 5/28/2025 8:45 PM UTC |
| SUBJECT 1 | Messaged you on signal. | 5/28/2025 8:47 PM UTC |

## C.  Communications between SUBJECT 1 and SUBJECT 2 on Signal

### a.  SUBJECT 2's Receipt of CSAM from SUBJECT 1

13.     Beginning on May 28, 2025, SUBJECT 1 and Signal user "FitddyG," later identified as **SUBJECT 2** had the following conversation on Signal:

---

[2] Signal is a free, privacy-focused messaging application based in San Francisco, California that uses end-to-end encryption to secure communication. Signal can be used via mobile devices or computers. Signal users can send text messages, images, videos and engage in phone or video chats with other users or groups of users. To create a Signal account, users need only a phone number for verification, and users can choose to use a username for communication rather than listing their phone number https://signal.org (last visited July 18, 2025).

[3] **SUBJECT 2** was known on Telegram as "fitddyG" and known on Signal as display name "FitddyG," with username "fitddG.42."

[4] Universal Coordinated Time (UTC), also known as Zulu Time Zone (Z), is four hours ahead of Eastern Daylight Time (EDT).

[5] Multiple other messages occurred between SUBJECT 2's response to SUBJECT 1's statement about sharing "stuff" on Signal. For the purposes of this affidavit, those messages were not included.

| Sender | Message | Date |
|---|---|---|
| SUBJECT 1 | 👋<br><br>This is [SUBJECT 1's Telegram display name] from tele.[6] | 5/28/2025 |
| SUBJECT 1 | *(SUBJECT 1 sent approximately 31 videos of CSAM at approximately 4:49 PM EST)* | 5/28/2025 4:49 PM EST |
| FitddyG | What's up perv | 5/28/2025 4:50 PM |
| SUBJECT 1 | I love being called that , in private of course. Being called pedo does it for me too | 5/28/2025 |
| SUBJECT 1 | I'm a sicko | 5/28/2025 |
| SUBJECT 1 | Or weirdo. | 5/28/2025 |
| SUBJECT 1 | I'm both | 5/28/2025 |
| SUBJECT 1 | *(SUBJECT 1 sent one video of CSAM at approximately 4:52 PM.)* | 5/28/2025 4:52 PM EST |
| FitddyG | Fuck those little penises ate so cute and turn me on. Looked through witch but damn, that dad loved filming with his boy at the beginning | 5/28/2025 4:53 PM EST |
| SUBJECT 1 | Little pp's are so cute. | 5/28/2025 4:54 PM EST |
| SUBJECT 1 | I want to put one and his little sack in mouth at the same time | 5/28/2025 4:54 PM EST |
| FitddyG | Love seeing a smooth little ass get eaten out too. Fuck. Now I'm really horny | 5/28/2025 4:54 PM EST |
| FitddyG | You played too or only online? | 5/28/2025 4:54 PM EST |
| | *CONVERSATION CONTINUED* | |
| SUBJECT 1 | Played with other pervs? | 5/28/2025 4:55 PM EST |
| FitddyG | With younger | 5/28/2025 4:58 PM EST |
| FitddyG | I've had a few 16 yr old virgins, but it was where AOC was that age | 5/28/2025 4:58 PM EST |
| SUBJECT 1 | I wish. Some buds and I talk about going to Mexico to rent boy's | |
| SUBJECT 1 | I took the virginity of a 16 y/o and had a fwb with a 17y/o in my 30s | 5/28/2025 5:00 PM EST |
| FitddyG | Hot!! Yeah O was about 28 or 29 at the time v | 5/28/2025 5:00 PM EST |
| FitddyG | Been a long while since I did that | 5/28/2025 5:00 PM EST |
| | *CONVERSATION CONTINUED* | |

---

[6] Although SUBJECT 1's Telegram display name is known to law enforcement, it has been redacted here for privacy.

14. ·All of the videos sent by SUBJECT 1 depicted what appeared to be child sexual abuse material of prepubescent or teenage males. A brief description of two of those videos is below:

- One video that depicted a nude prepubescent male laying on a bed with his genitals exposed. Approximately 16 seconds into the video, the prepubescent male can be seen laying on a bed and then turning from his back to his stomach. An unknown male's hand can be seen manipulating the prepubescent male's buttocks and inserting his fingers into the boy's anus. The video was approximately 31 seconds in duration.

- Another video sent on May 28, 2025, depicted a nude prepubescent male laying on a bed with an unknown male inserting his finger into the prepubescent male's anus. The video was approximately 28 seconds in duration.

15. On July 14, 2025, an FBI Task Force Officer ("TFO") assigned to the Washington Field Office ("WFO") was acting in an online undercover ("UC") capacity as part of the FBI CEHTTF. As part of this role, the UC was lawfully monitoring a cellular phone turned over by SUBJECT 1 to identity to locate individuals involved in child sexual exploitation ("CSE").

**b. SUBJECT 2's Distribution of CSAM to SUBJECT 1**

16. The UC reviewed the contents of SUBJECT 1's cellular phone and observed the direct messages between SUBJECT 1 and **SUBJECT 2** on Signal that are referenced above. Then, on or about July 22, 2025, in Washington, D.C., the FBI UC began exchanging direct messages with **SUBJECT 2** on Signal utilizing SUBJECT 1's Signal account. The conversation included the following text:

| Sender | Message | Date |
|--------|---------|------|
| FBI UC | Hi! How have you been, miss you 😈 | 7/22/2025 2:13 PM EST |
| FitddyG | Well hello. Lol I kinda took a break. I tend to do that when I feel it consuming me. Lol | 7/22/2025 4:19 PM EST |
| FBI UC | Mmmmm been there. | 7/22/2025 5:42 PM EST |
| FBI UC | How's it been? | 7/22/2025 5:42 PM EST |
| FitddyG | All good, but chose to delete all the groups you shared. Sorry. Lol | 7/22/2025 6:11 PM EST |
| FitddyG | Have another sharing guy that keeps the itch taken care of. | 7/22/2025 6:11 PM EST |
| FBI UC | Yah? Anything good from him? | 7/22/2025 7:43 PM EST |
| FBI UC | You got a new daddy 😊😊😊 | 7/22/2025 7:43 PM EST |
| FitddyG | He's younger actually but yeah he sends some fun content. He he | 7/22/2025 9:54 PM EST |
| FBI UC | Fuck yah. | 7/22/2025 10:02 PM EST |
| FBI UC | If you're feeling generous I'd love to see | 7/22/2025 10:02 PM EST |
| FBI UC | I also found someone fun….he's a dad 😈 | 7/22/2025 10:02 PM EST |
| FitddyG | Oh really? That plays with his kids? | 7/23/2025 1:15 AM EST |
| FitddyG | (FitddyG *sent seven videos that depicted CSAM.*) | 7/23/2025 1:15 AM EST |

17.    All of the videos sent by FitddyG (**SUBJECT 2**) via Signal appeared to depict child sexual abuse material. Each of the seven videos displayed anal penetration of prepubescent or teenage males. The videos ranged between four minutes and 46 seconds in length to eight seconds in length. Multiple videos appeared to depict an unknown adult male inserting his penis into a prepubescent male's anus.

**D.  Identification of SUBJECT 2 as GREEN**

18.    On July 23, 2025, the FBI UC asked **SUBJECT 2** "Where are you located? We're in DC." **SUBJECT 2** responded, "CoHi" and then clarified, "Columbia heights In DC."

19.     On July 24, 2025, as part of an ongoing conversation, **SUBJECT 2** sent a picture of themselves. This picture is depicted below:

**Photo Sent by FitddyG**



20.     A check of law enforcement databases and open-source research identified a Facebook account with display name "Hershel Green," Facebook Uniform Resource Locator (URL) https://www.facebook.com/hagreen05. Though the Facebook account was largely set to private, the picture sent in the Signal chat appears to be the same individual shown on the Facebook account and the same individual depicted in the driver's license shown below. That photo was obtained from the Washington, DC Department of Motor Vehicles ("DMV"):

| **Hagreen05 Facebook Photo** | **SUBJECT 2's driver's license photo** |
|---|---|
|  |  |

21.     According to Department of Motor Vehicle (DMV) records, GREEN's address is listed as ███████████████████████████. This address is within the Columbia Heights neighborhood of Washington, DC.

22.     Additional open-source research identified a LinkedIn account under the display name "Hershel Green." According to the LinkedIn account, GREEN works in the "Washington, DC - Baltimore Area."

23.     On July 31, 2025, at approximately 10:29 a.m. EST, the FBI UC told **SUBJECT 2,** "I'm justin btw". SUBJECT 2 responded, "Andy". According to DMV records, Andrew is Green's middle name.

24.     On or about August 10, 2025, through August 11, 2025, the FBI UC exchanged the following messages with SUBJECT 2 via Signal:

| Sender | Message | Date and Time |
|---|---|---|
| SUBJECT 2 | What's up? | 08/10/2025 12:18 PM EST |
| FBI UC | Hey, not much. Missing a substantial amount of perv time for myself because of life<br>You? | 8/11/2025 10:44 AM EST |
| SUBJECT 2 | Ha ha I feel that. Gonna get busy for myself over the next few weeks | 8/11/2025 12:36 PM EST |
| FBI UC | Yah? Thats no fun. What do you have going on? | 8/11/2025 1:31 PM EST |
| SUBJECT 2 | Work trip to the Bay area next week. | 8/11/2025 1:56 PM EST |

25.     Pursuant to administrative subpoenas served on August 13, 2025, on United Airlines and the Airline Reporting Corporation, flight information associated to "Hershel Green" and "Hershel A Green" was obtained. Analysis of the results revealed that, following the above-referenced conversation regarding travel to the "Bay area," Hershel Andrew Green flew on a United Airlines flight from Ronald Reagan Washington National Airport to San Francisco International Airport.[7] According to those same subpoena returns, Green is scheduled to fly from San Francisco International Airport to Dulles International Airport on a United Airlines flight departing on August 24, 2025, at approximately 4:45 PM and arriving in Dulles International Airport at approximately 12:45 AM.

26.     On or about August 12, 2025, surveillance was conducted in the vicinity of 3313 Sherman Ave NW, Washington, D.C. 20010. During the surveillance, at approximately 8:08 p.m., GREEN was observed entering the residence. This is the same residence indicated on Green's drivers license and is located in Columbia Heights.

---

[7] The reporting party was unable to provide any further identifying information for the flight beyond the following: Date of Issuance  Ticket Number, Passenger Name, Passenger Name Record, Segment, Date of Departure, Time of Departure, Operating Airline, Flight Number, Origin Airport Code, Destination Airport Code, Plating Airline Code, Form of Payment, Travel Agency Code, Void Status, and Transaction Amount.

## **CONCLUSION**

24.      For the reasons set forth above, I submit that probable cause exists to believe that

on or about May 28, 2025, while in the District of Columbia, GREEN knowingly received child

pornography in violation of 18 U.S.C. 2252(a)(2). Further, I believe that probable cause exists to

believe that on July 23, 2025, while in the District of Columbia, GREEN knowingly distributed

child pornography in violation of 18 U.S.C. 2252(a)(2). I respectfully request that a criminal

complaint be issued for GREEN.

Respectfully submitted,

_____

Remy Walsh
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on the 22nd of
August, 2025.

_____

MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE